UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Yolanny Guzman Baez de Mejia et al.,**

V.    CIVIL ACTION NO. 1:22-cv-10185-MJJ

**United States of America,**

### SETTLEMENT ORDER OF DISMISSAL

**JOUN, D.J.**

The Court have been advised that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days,** to reopen the action if, settlement is not consummated.

August 8, 2024

/s/ Steve K. York
--------------------------
**Deputy Clerk**